NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

See Attachment

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Edwin Garrison. See Attachment.

Plaintiff(s),

v.

Riot Games, Inc., & North America League of Legends Championship Series LLC.

Defendant(s)

CASE NUMBER:

2:24-cv-01841

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Plaintiffs
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| None | |

March 7, 2024                           /s/ Reed Forbush
Date                                    Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

**Attorneys for Plaintiffs and the Class:**
BOIES SCHILLER FLEXNER LLP
Reed Forbush (SBN 347964)
rforbush@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Adam M. Moskowitz*
adam@moskowitz-law.com
Florida Bar No. 984280
Joseph M. Kaye*
joseph@moskowitz-law.com
Florida Bar No. 117520
THE MOSKOWITZ LAW FIRM, PLLC
service@moskowitz-law.com
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

* pro hac vice forthcoming

**Plaintiffs:**
Edwin Garrison, Brandon Orr, Leandro Cabo, Ryan Henderson, Michael Livieratos, Alexander Chernyavsky, Gregg Podalsky, Vijeth Shetty, Chukwudozie Ezeokoli, Michael Norris, Shengyun Huang, Vitor Vozza, Kyle Rupprecht, & Sunil Kavuri, on behalf of themselves and all others similarly situated