AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Edwin Garrison, Brandon Orr, Leandro Cabo, Ryan Henderson, Michael Livieratos, Alexander Chernyavsky, Gregg Podalsky, Vijeth Shetty, Chukwudozie Ezeokoli, Michael Norris, Shengyun Huang, Vitor Vozza, Kyle Rupprecht, & Sunil Kavuri, on behalf of themselves and all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Riot Games, Inc., & North America League of Legends Championship Series LLC,<br><br>*Defendant(s)* | Civil Action No. 2:24-cv-01841 HDV (AGRx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Riot Games, Inc.,
c/o Agent for Service of Process
1505 Corporation - CT Corporation System
330 N Brand Blvd, Glendale, CA, 91203

North America League of Legends Championship Series LLC,
c/o Agent for Service of Process
1505 Corporation - CT Corporation System
330 N Brand Blvd, Glendale, CA, 91203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BOIES SCHILLER FLEXNER LLP
Reed Forbush (SBN 347964)
rforbush@bsfllp.com
44 Montgomery Street, 41st Floor, San Francisco, CA 94104
Tel.: (415) 293-6800

THE MOSKOWITZ LAW FIRM, PLLC
Adam M. Moskowitz (pro hac vice forthcoming)
service@moskowitz-law.com
Joseph M. Kaye (pro hac vice forthcoming)
joseph@moskowitz-law.com
2 Alhambra Plaza, Suite 601, Coral Gables, FL 33134
Tel.: (305) 740-1423

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 3/8/2024

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: