BOIES SCHILLER FLEXNER LLP
Simon Leen (SBN 332033)
sleen@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cv-01841-HDV-AGR |
| v. | |
| RIOT GAMES, INC., & NORTH AMERICA LEAGUE OF LEGENDS CHAMPIONSHIP SERIES LLC | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Moskowitz, Adam M.                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(305) 740-1423

| Moskowitz Law Firm |
| Continental Plaza |
| 3250 Mary Street, Suite 202 |
| Coconut Grove, FL 33133 |

*Telephone Number*          *Fax Number*

adam@moskowitz-law.com, service@moskowitz-law.com

*E-Mail Address*                                       *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
All Plaintiffs

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Simon P. Leen                                    of

| BOIES SCHILLER FLEXNER LLP |
| 2029 Century Park East, Suite 1520 |
| Los Angeles, CA 90067 |

*Designee's Name (Last Name, First Name & Middle Initial)*

332033          213-995-5766          213-629-9022

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

sleen@bsfllp.com

*E-Mail Address*                                       *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated   3/19/24                          /s/District Judge Hernan D. Vera

**U.S. District Judge**