BOIES SCHILLER FLEXNER LLP
Simon Leen (SBN 332033)
sleen@bsfllp.com
2029 Century Park East, Suite 1520
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated<br><br>Plaintiff(s)<br><br>v.<br><br>RIOT GAMES, INC., & NORTH AMERICA LEAGUE OF LEGENDS CHAMPIONSHIP SERIES LLC<br><br>Defendant(s). | **CASE NUMBER**<br><br>2:24-cv-01841-HDV-AGR<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kaye, Joseph M. _____ of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(305) 740-1423 _____

*Telephone Number*      *Fax Number*

joseph@moskowitz-law.com, service@moskowitz-law.com

*E-Mail Address*

Moskowitz Law Firm
Continental Plaza
3250 Mary Street, Suite 202
Coconut Grove, FL 33133

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

All Plaintiffs

*Name(s) of Party(ies) Represented*     ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____

**and designating as Local Counsel**

Simon P. Leen _____ of

*Designee's Name (Last Name, First Name & Middle Initial)*

332033    213-995-5766    213-629-9022

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

sleen@bsfllp.com

*E-Mail Address*

BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

     ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

     ☐ for failure to complete Application: _____

     ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

     ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

     ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated   3/19/24 _____

/s/District Judge Hernan D. Vera _____

**U.S. District Judge**