## RETURN OF SERVICE

**State of US DISTRICT CRT**                                    **County of CENTRAL DISTRICT OF CALIFORNIA**

Case Number: 2:24-CV-01841 HDV

Plaintiff: **Edwin Garrison, Brandon Orr, Leandro Cabo, Ryan Henderson, Michael Livieratos, Alexander Chernyavsky, Gregg Podalsky, Vijeth Shetty, Chukwudozie Ezeokoli, Michael Norris, Shengyun Huang, Vitor Vozza, Kyle Rupprecht, & Sunil Kavuri, on behalf of themselves and all others similarly situated**

vs.

Defendant: **Riot Games, Inc., & North America League of Legends Championship Series LLC,**

For:
Adam Moscowitz
The Moscowitz Law Firm Pllc
2 Alhambra Plaza Suite 601
Coral Gables, FL 33134

Received by Magic City Process Service, LLC on the 12th day of March, 2024 at 3:25 pm to be served on **North America League of Legends Championship Series LLC c/o Agent for Service of Process- 1505 Corporation - CT Corporation System, 330 N Brand Blvd, Glendale, FL 91203.**

I, JORGE RIVERA #4690, do hereby affirm that on the **15th day of March, 2024** at **11:32 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT FOR: 1. VIOLATIONS OF SECURITIES LAWS 2. VIOLATIONS OF UNFAIR COMPETITION AND DECEPTIVE AND UNFAIR TRADE PRACTICES LAWS 3. CIVIL CONSPIRACY 4. AIDING AND ABETTING FRAUD 5. AIDING AND ABETTING CONVERSION 6. DECLARATORY JUDGMENT 7. UNJUST ENRICHMENT, CIVIL COVER SHEET, CERTIFICATE AND NOTICE OF INTERESTED PARTIES** with the date and hour of service endorsed thereon by me, to: **JOHN MONTIJO** as **INTAKE SPECIALIST** for **North America League of Legends Championship Series LLC**, at the address of: **330 N Brand Blvd, Glendale, FL 91203**, and informed said person of the contents therein, in compliance with state statutes.

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made

**JORGE RIVERA #4690**
Process Server

**Magic City Process Service, LLC**
**1825 PONCE DE LEON BLVD #283**
**CORAL GABLES, FL 33134**
**(786) 881-8228**

Our Job Serial Number: MGS-2024001882